# United States Court of Appeals for the Federal Circuit

---

January 27, 2025

**ERRATA**

---

Appeal No. 2023-1710

**QUALCOMM INCORPORATED,**
*Appellant*

**v.**

**INTEL CORPORATION,**
*Appellee*

---

Decided:  January 24, 2025
Nonprecedential Opinion

---

Please make the following change:

On page 6, line 6, change ")" to ")."

On page 7, line 15, change "case," to "case"